# IN THE COMMONWEALTH OF KENTUCKY
## PULASKI CIRCUIT COURT
## 28TH JUDICIAL DISTRICT
## DIV. _____

| | |
|---|---|
| JAMIE DAVIS, | ) |
| | ) |
| Plaintiff | ) Civil Action No.: _____ |
| | ) JURY DEMAND |
| | ) |
| vs. | ) |
| | ) |
| KAWASAKI MOTORS CORP. USA, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, Jamie Davis, files this, its complaint against the Defendant for the injuries sustained in Pulaski County, Kentucky:

### PARTIES

1. Jamie Davis ("Plaintiff" herein) is and was at all relevant times a resident of 54 Colyer Road, Bronston, KY. 42518.

2. The Defendant, Defendant Kawasaki Motors Corp., USA, 26972 Burbank, Foothill Ranch, CA. 92610, hereinafter "manufacturer," is a corporation organized under the laws of California and engaged in the manufacture of motorcycle and engines, which are sold in Kentucky to various wholesalers and retailers for distribution to members of the general public as the ultimate consumers.

### JURISDICTION

4. Jurisdiction is proper in this Court as all the events giving rise to this action occurred within Pulaski County, Kentucky. Defendant is, within the meaning of KRS 454.210, transacting business so as to make it amenable to service of process by service upon the Kentucky Secretary of State, thus giving this Court personal jurisdiction.

Presiding Judge: HON. JEFFREY THOMAS BURDETTE (628218)

COM : 000001 of 000008

Filed                 18-CI-01283        12/19/2018           J.S. Flynn, Pulaski Circuit Clerk           NOT ORIGINAL DOCUMENT
                                                                                                          01/10/2019 01:25:06 PM
                                                                                                          88910-65

Presiding Judge: HON. JEFFREY THOMAS BURDETTE (628218)

COM : 000002 of 000008

Filed                 18-CI-01283        12/19/2018           J.S. Flynn, Pulaski Circuit Clerk

## VENUE

5. Venue is likewise appropriate in this Court as all the events giving rise to this complaint occurred within Pulaski County, Kentucky. KRS 454.210

## COUNT 1-STRICT LIABILITY

6. Sometime prior to January 7, 2018, Manufacturer manufactured and sold a Kawasaki Z900RS to Defendant Kawasaki, hereinafter "wholesaler", a c, who in turn sold the 2018 Kawasaki Z900RS to JVM Motorsports, hereinafter "retailer", who engages in the business of selling motorcycles and other products at 978 S. College Street, Harrodsburg, Ky. 40330, who in turn sold the 2018 Kawasaki Z900RS to Plaintiff on or about December 31, 2017.

7. The 2018 Kawasaki Z900RS was defective at the time of the sale to Plaintiff in that 2018 Kawasaki Z900RS erroneously went from a dead stopped position to 8,000 RPM, making it unreasonably dangerous to the Plaintiff in that the accelerating mechanism or related function was defective.

8. Defendants expected the 2018 Kawasaki Z900RS to reach the user or consumer of the product in the condition in which it was sold and was, at all relevant times, in the same or substantially the same condition as when manufactured by the manufacturer and Plaintiff did not alter or in any manner change the character of the 2018 Kawasaki Z900RS.

9. On January 7, 2018, Plaintiff was using the product for its intended use as recreational motorcycle. Plaintiff pulled onto Colyer Road from his driveway motorcycle was still idling high, Plaintiff pulled the clutch in while bike was in first gear, and idle seemed to stabilize after a few seconds. Plaintiff proceeded to the end of the road, approximately 200 feet from the driveway. Plaintiff made a complete stop looking for oncoming traffic, both feet on the ground. Plaintiff proceeded to turn right onto Hwy. 798 to make it in straight position maintaining first gear, unexpectedly the bike accelerated and Plaintiff could not manage control as the RPM'S were around 7,000-8,000. The Kawasaki spun out to the right side of the highway coming to rest in the ditch, resulting in injuries.

10. At the time of the above- described Plaintiff was unaware of the defective condition of the 2018 Kawasaki Z900RS or the unreasonable danger it posed to Plaintiff; the defective and unreasonably dangerous condition was not obvious or observable.

Filed    18-CI-01283    12/19/2018    J.S. Flynn, Pulaski Circuit Clerk

NOT ORIGINAL DOCUMENT
01/10/2019 01:25:06 PM
88910-65

Presiding Judge: HON. JEFFREY THOMAS BURDETTE (628218)

COM : 000004 of 000008

Filed    18-CI-01283    12/19/2018    J.S. Flynn, Pulaski Circuit Clerk

11. As a proximate result of the unreasonably dangerous defective condition of the 2018 Kawasaki Z900RS, Plaintiff suffered, in an amount exceeding the jurisdictional minimum of the court, the following damages: including past and future medical expenses, loss and/or impairment of wages past and future, as well as pain and suffering.

## COUNT 2- NEGLIGENCE

12. The Plaintiff re-alleges the allegation previously stated herein and incorporates the same by reference.

13. Defendant manufactured, designed and distributed the 2018 Kawasaki Z900 RS and by reason of its of the carelessness and negligence of its agents, servants, or employees, in the design, manufacture, importation, distribution and/or sale of the motorcycle, Plaintiff suffered significant damages: including past and future medical expenses, loss and/or impairment of wages past and futures, as well as pain and suffering.

14. Defendant unreasonably failed to warn of the known and foreseeable hazards of said motorcycle both before and after the sale of the same.

15. As a result of the culpable conduct of Defendant, Plaintiff has suffered the damages described herein.

## COUNT-3 BREACH OF WARRANTY

16. The Plaintiff re-alleges the allegations previously stated herein and incorporates the same by reference.

17. Defendant has breached its implied warranties of merchantability and fitness for a particular purpose as well as its express warranty relating to the quality, utility and safety of the 2018 Kawasaki Z900 RS.

18. As a result of the culpable conduct of Defendant, Plaintiff has been suffered damages as enumerated herein.

**WHEREFORE**, Plaintiff demands judgment against Defendants, jointly and severally, in an amount exceeding the minimum jurisdictional requirements of this court sufficient to compensate Plaintiff for his damages; for costs expended herein; an all other relief to which Plaintiff may be entitled.

Filed        18-CI-01283   12/19/2018        J.S. Flynn, Pulaski Circuit Clerk

NOT ORIGINAL DOCUMENT
01/10/2019 01:25:06 PM
88910-65

Presiding Judge: HON. JEFFREY THOMAS BURDETTE (628218)

COM : 000006 of 000008

Filed        18-CI-01283   12/19/2018        J.S. Flynn, Pulaski Circuit Clerk

Respectfully Submitted,

/s/ Jeremy A. Bartley

_____
JEREMY A. BARTLEY
ATTORNEY FOR PLAINTIFF
**600 Monticello Street
Somerset, KY 42501
jbartleylaw@gmail.com
(606) 678-7265**

Filed          18-CI-01283     12/19/2018          J.S. Flynn, Pulaski Circuit Clerk    NOT ORIGINAL DOCUMENT
                                                                                      01/10/2019 01:25:06 PM
                                                                                      88910-65

Presiding Judge: HON. JEFFREY THOMAS BURDETTE (628218)

COM : 000008 of 000008

Filed          18-CI-01283     12/19/2018          J.S. Flynn, Pulaski Circuit Clerk